No. 156. Ex parte Antonsanti, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por Don Salvador Suau y Doña Agustína Monroig el 9 de noviembre de 1914, por escritura otorgada ante el Notario Don Rafael F. Ferrer. Resuelto en noviembre 12, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.

No. 386. Ex parte Fernández, Peticionario.—Solicitud para que se apruebe la fianza notarial No. 3232 otorgada por la National Surety Company el 2 de septiembre de 1914 para garantir las funciones notariales del abogado Don José Y. Fernández. Resuelto en noviembre 13, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.

No. 309. Ex parte Martínez, Notario Público.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 724 otorgada por dicha compañía el 9 de enero de 1911, para garantir las funciones notariales de Don José C. Martínez. Resuelto en noviembre 30, 1914. Se da por terminada dicha fianza a partir del 29 de enero de 1915. La National Surety Company compareció por medio de su agente general Sr. Harry F. Besosa.